DARRELL K. ARMSTRONG, PERSONAL REPRESENTATIVE OF THE
ESTATE OF KLAY A. ARMSTRONG, DECEASED, AND DARRELL K.
ARMSTRONG AND MARJORIE A. ARMSTRONG, NATURAL PARENTS
OF DECEASED, APPELLEES, V. STATE OF NEBRASKA, APPELLANT.
489 N.W.2d 315

Filed September 18, 1992.   No. S-89-1302

Robert M. Spire, Attorney General, and Douglas J. Peterson for appellant.

Hal W. Anderson, of Berry, Anderson, Creager & Wittstruck, and R. Collin Mangrum for appellees.

HASTINGS, C.J., BOSLAUGH, WHITE, CAPORALE, SHANAHAN, and FAHRNBRUCH, JJ.

HASTINGS, C.J.

This is a companion case of, arose out of the same accident as, was based on the evidence submitted in, and is controlled by *Maresh v. State, ante* p. 496, 489 N.W.2d 298 (1992), decided this date. The State of Nebraska has appealed the judgment order of the district court entered on July 27, 1989, sustaining the motion for summary judgment filed by the plaintiffs Armstrong, which judgment is affirmed.

AFFIRMED.

GRANT, J., not participating.